UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL VANSUILICHEM,

    Defendant.
_____/

Hon Janet T. Neff.

Case No. 1:12-cr-00288

REPORT AND RECOMMENDATION

This matter was referred by the Honorable Janet T. Neff to the undersigned for proceedings regarding the termination of the appointment of counsel for defendant and reimbursement for legal services received pursuant to the Criminal Justice Act (Dkt. 122). An evidentiary hearing regarding the issue was scheduled for February 12, 2015. On February 6, 2015, in an attempt to resolve the issue, the parties filed a Joint Motion for Payment Schedule (Dkt. 142). Upon review of that motion, the interests of justice appeared to be served by the proposed resolution. Because the proposed resolution contemplates amendment to the judgment (Dkt. 34), the undersigned determined that the issue may be dispositive and thus enters this report and recommendation. The undersigned recommends that the Hon. Janet T. Neff enter the proposed order submitted by the parties (Dkt. 142-1).

Date: February 9, 2015

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).