UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No: 1:12-cr-288

v.                                             HON. JANET T. NEFF

DANIEL VANSUILICHEM,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed February 9, 2015 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Dkt 144) is APPROVED and ADOPTED.


Dated:  March 2, 2015                                      /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge